|  |  |
|---|---|
| ✓ | **Priority** |
| ✓ | **Send** |
| ___ | Clsd |
| ✓ | **Enter** |
| ✓ | **JS-6** |
| ___ | JS-2/JS-3 |
| ___ | Scan Only |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JON CARPENTER, an individual,

        Plaintiff,

   v.

SANTA MONICA VERMONT PROPERTIES LLC; THE RHO FAMILY TRUST; RHO, SANG HYON, RHO, BYONG SUK, Trustees,

        Defendants.

Case No. CV 07-07383 DDP (PJWx)

**ORDER OF DISMISSAL**

THE COURT having been notified of settlement of this matter by counsel,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: March 13, 2008

_____
DEAN D. PREGERSON
United States District Judge